**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Aaron K. Young, Guardian of the Estate of his daughter, K.K.Y., a
                          minor v. Kristin Cannon Kirby

Appellate case number:    01-14-00115-CV

Trial court case number:  409410

Trial court:              Probate Court No. 2 of Harris County

On April 2, 2014, appellant Aaron K. Young filed a Motion to Abate the Clerk's Transcript. Although no certificate of conference was included in the motion, we find good cause to suspend Texas Rule of Appellate Procedure 10.3 and rule on the motion prior to the expiration of 10 days. *See* TEX. R. APP. P. 2, 10.3.

The due date for the reporter's record is extended to May 5, 2014. Appellant shall provide a status report to this Court regarding the outcome of mediation and settlement negotiations by May 5, 2014.

It is so ORDERED.


Judge's signature: _____/s/ Rebeca Huddle
                   X  Acting individually    ☐ Acting for the Court


Date: April 3, 2014